# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

L.S., JR.,[1]

        Plaintiff,

v.                                                Case No. 22-1252-DDC

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

## MEMORANDUM AND ORDER

Defendant, the Acting Commissioner of Social Security, by and through her counsel, has filed an unopposed motion with this court (Doc. 20), under 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

Under the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** to the Commissioner for further administrative proceedings.[2] *See Shalala v. Schaefer*, 509 U.S. 292, 296–302 (1993).

---

[1]     The court makes all its "Memorandum and Order[s]" available online. Therefore, as part of the court's efforts to preserve the privacy interests of Social Security disability claimants, it has decided to caption such opinions using only plaintiff's initials.

[2]     The Clerk of the Court will enter a separate judgment under Fed. R. Civ. P. 58.

DATED this 12th day of May, 2023, at Kansas City, Kansas.

                                                     s/ Daniel D. Crabtree
                                                     Daniel D. Crabtree
                                                     United States District Judge